440 A.2d 1191
## DUBOIS AREA SCHOOL DISTRICT
v.
## DUBOIS AREA EDUCATION ASSOCIATION, Appellant.
Supreme Court of Pennsylvania.

Argued Jan. 19, 1982.

Decided Feb. 19, 1982.

William A. Hebe, Wellsboro, for appellant.

Bari K. Boyer, David P. King, DuBois, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

FLAHERTY, J., did not participate in the consideration or decision of this case.